**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**SE–KURE CONTROLS, INC.,**
**Plaintiff/Cross Claim De-**
**fendant–Appellant,**

v.

**DIAM USA, INC., Defendant–Appellee,**

**and**

**Pop Displays USA, LLC (successor in**
**interest to Diam USA, Inc.), Third**
**Party Plaintiff–Appellee,**

**and**

**Pop Displays, LLC, Pop Displays,**
**Inc., and Diam International,**
**Inc., Defendants,**

v.

**Telefonix, Inc., Cross Claim**
**Plaintiff/Third Party**
**Defendant–Appellee.**

**No. 2010–1052.**

United States Court of Appeals,
Federal Circuit.

May 5, 2010.

Richard D. Harris, Greenberg Traurig, LLP, of Chicago, IL, argued for plaintiff/cross claim defendant-appellant. With

him on the brief were Herbert H. Finn, Kevin J. O'Shea, and Cameron M. Nelson.

Lee F. Grossman, Niro, Scavone, Haller & Niro, of Chicago, IL, argued for all appellees. With him on the brief was Mark M. Grossman, Grossman Law Offices, of Arlington, IL.

RADER, DYK, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Paul A. PIPER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2010–5082.**

United States Court of Appeals,
Federal Circuit.

May 5, 2010.

